No. 01–5437.  GRIFFIN v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON.  C. A. 7th Cir.  Certiorari denied.

No. 01–5438.  GRAHAM v. BRIGHTLER, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 01–5439.  HURON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–5440.  PARKER v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 01–5441.  RIVERA v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–5442.  SCHREIBER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–5443.  MITCHELL v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–5444.  SCHICKLER v. DAVIS, ACTING ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION.  C. A. Fed. Cir.  Certiorari denied.

No. 01–5445.  REYES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5446.  BENSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–5447.  GONZALEZ, AKA LAZARO GONZALEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5448.  ABDULLAH v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 01–5449.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–5450.  MCDONALD v. WINTERS, SHERIFF, POPE COUNTY, ARKANSAS, ET AL.  C. A. 8th Cir.  Certiorari denied.